

**ORDERED in the Southern District of Florida on May 26, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

In Re:

Elizabeth Romero,                                      Case No. 16-15976-RAM
                                                       Chapter 7

_____/

**ORDER GRANTING DEBTORS' EX-PARTE MOTION TO CONSOLIDATE CASES**

      **THIS CAUSE** having come on, upon Debtors' *Ex-Parte* Motion to Consolidate Cases

and the Court having reviewed the Motion, the cases, the Court file, and noting that the Trustee

does not oppose, and being otherwise fully advised in the premises, it is

      ORDERED AND ADJUDGED:

1. The Motion is GRANTED.

2. The Debtor's case and spouse's case, Joel Romero (16-15977-AJC), shall be
   consolidated into one case under Elizabeth Romero, Case No: 16-15976-RAM and
   transferred to Judge Mark.

3. A single case docket and court file will be maintained hereafter under case number 16-
   15976-RAM.

4. Debtors shall file new schedules combining the assets and liabilities into one joint
   petition.

# # #

Submitted by: Robert Sanchez, P.A., 355 West 49th Street, Hialeah, FL 33012.

Debtor's counsel is directed to directed to deliver true copies of the foregoing Order to all interested parties.